

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00486-CV

**IN THE INTEREST OF J.C.H.** and J.D.H., Children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-00331
Honorable Richard Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED.

No costs of appeal are assessed because appellant is indigent.

SIGNED November 23, 2016.

Sandee Bryan Marion, Chief Justice